# Exhibit A

SPLC FLORIDA

Southern Poverty Law Center
PO Box 10788
Tallahassee, FL 32302
splcenter.org

April 8, 2026

**SUBMITTED ELECTRONICALLY**

Deborah M. Waller
Supervisory Government Information Specialist
Office of the Inspector General
Office of General Counsel
950 Pennsylvania Ave., NW
Room 4726
Washington, DC 20530
Email: oigfoia@usdoj.gov

**Re: Freedom of Information Act Request — OIG Investigation into August 28, 2025 Use of Force at FCI Coleman Low**

Dear Ms. Waller:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, the undersigned hereby requests copies of all records in the possession of the Office of Inspector General relating to the following:

1. Any investigation, inquiry, or review conducted by the OIG into a use of force incident occurring on or about August 28, 2025, at FCI Coleman Low, Wildwood, Florida, involving Ervin Allen, Register No. 49595-039,
2. All reports, memoranda, notes, or summaries generated in connection with any such investigation;
3. All witness statements, interview notes, or transcripts obtained during any such investigation;
4. All photographs, video footage, or other documentary evidence gathered during any such investigation;
5. All communications, including emails and memoranda, between OIG staff and Bureau of Prisons personnel relating to the incident or any investigation thereof;
6. Any referrals, complaints, or notifications received by the OIG relating to this incident.

If any records are withheld in whole or in part, please identify each record withheld, state the specific FOIA exemption(s) claimed, and provide a detailed justification for each withholding.

We request a fee waiver on the grounds that disclosure of the requested information is in the public interest, as it concerns the conduct of federal law enforcement officers and the treatment of individuals in federal custody. If a fee waiver is denied, please notify us before incurring any costs exceeding $500.

I request production of the above-referenced documents in electronic format, if available. Please acknowledge receipt of this request and advise me of the tracking number assigned. If you have any questions regarding this request, please contact the undersigned at the information provided below.

Sincerely,

Krista Dolan
Senior Supervising Attorney