# Exhibit B

**From:** OIGFOIA@usdoj.gov
**To:** Krista Dolan
**Subject:** FOIA Request: 26-OIG-224
**Date:** Friday, April 10, 2026 1:53:34 PM
**Attachments:** Acknowledgment (26-OIG-224).pdf

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Krista Dolan:

Attached is the OIG's acknowledgment of your FOIA request.

Please note we may require additional time to process your request as we are experiencing a significant FOIA backlog.

We will continue to process requests as expeditiously as possible.

Thank you.

**Office of General Counsel**
U.S. Department of Justice | Office of the Inspector General
950 Pennsylvania Avenue NW | Washington, DC 20530
202-616-0646
OIGFOIA@usdoj.gov

**DEPARTMENT OF JUSTICE** | OFFICE OF THE INSPECTOR GENERAL

April 10, 2026

SENT VIA EMAIL

Krista Dolan
krista.dolan@splcenter.org

Subject: Freedom of Information/Privacy Act Request [26-OIG-224]
Client: Ervin Allen

Dear Krista Dolan:

Your request for information relating to the above-cited subject was received in this office on April 8, 2026.

Your request will be handled under the provisions of the Freedom of Information Act (5 U.S.C. §552) and the Privacy Act (5 U.S.C. §552a). It has been assigned the following control number: 26-OIG-224. Please cite this number in any further inquiry about this request.

I must advise you that fees may be charged for searching for records sought at the respective administrative and professional rates of $4.75/$10.00 per quarter hour, and for duplication of copies at the rate of $.05 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $25.00 before we will charge you any fees. Most requests do not require any fees; however, if fees are required we will notify you beforehand.

We will answer your request as quickly as possible. If you have further questions, please address your inquiry to U.S. Department of Justice, Office of the Inspector General, 950 Pennsylvania Avenue, N.W., Suite 4726, Washington, D.C. 20530 or to check the status of your request contact us at (202) 616-0646.

Sincerely,

*Marissa Solomon-McRoy*

Marissa Solomon-McRoy
Government Information Specialist
Office of General Counsel