CO-386
10/2018

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| SOUTHERN POVERTY LAW CENTER,<br>400 Washington Ave.<br>Montgomery, AL 36104<br><br>Plaintiff<br><br>vs<br><br>OFFICE OF THE INSPECTOR GENERAL,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.________________________ |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for the Southern Poverty Law Center certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Southern Poverty Law Center which have any outstanding securities in the hands of the public:

Plaintiff Southern Poverty Law Center has no parent companies, subsidiaries, or affiliates with publicly traded securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Arusha Gordon*
Signature

1035129
BAR IDENTIFICATION NO.

Arusha Gordon
Print Name

1101 17th Street, Suite 550
Address

| Washington | D.C. | 20036 |
|---|---|---|
| City | State | Zip Code |

(301) 233-1349
Phone Number